**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 11-6648

———————

SHAUN WAYNE WILES,

        Plaintiff – Appellant,

    v.

JON E. OZMINT, Director of the South Carolina Department of
Corrections; ROBERT WARD, Director for the Division of
Operations of SCDC; JAMES SLIGH, Operations Coordinator for
the Division of Operations of SCDC; BERNARD MCKIE, Warden
of Kirkland Correctional Institution; DR. RUSSELL CAMPBLE,
Former Medical Director of SCDC; DR. MICHAEL BEINOR,
Current Medical Director of SCDC; DR. JOHN SOLOMON, Mental
Health Director of SCDC,

        Defendants – Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Cameron McGowan Currie, District
Judge.  (9:09-cv-00634-CMC)

———————

Submitted:  August 18, 2011      Decided:  August 23, 2011

———————

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Shaun Wayne Wiles, Appellant Pro Se.   William Henry Davidson,
II, Joel Steve Hughes, Andrew Lindemann, DAVIDSON & LINDEMANN,
PA, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaun Wayne Wiles appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wiles v. Ozmint, No. 9:09-cv-00634-CMC (D.S.C. Apr. 18, 2011; Feb. 9, 2011). We deny the motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED